IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

EMMANUEL  ANGELO JACOB REYES,

      Plaintiff,

vs.

                                      CIV. NO. 1:24-cv-00622-KG-GJF

MARTIN O'MALLEY,
Commissioner of Social Security,

      Defendant.

ORDER

On consideration of Defendant's Unopposed Motion for Remand to Agency pursuant to

sentence four of 42 U.S.C. § 405(g) (ECF No. 15), the Court hereby REVERSES the

Commissioner's decision in this matter under sentence four of 42 U.S.C. § 405(g), and

REMANDS the case to the Commissioner for further administrative proceedings.[1] *See Shalala v.*

*Schaefer*, 509 U.S. 292, 296-302 (1993).

_____
UNITED STATES DISTRICT JUDGE

Submitted by:
    *s/ Michelle C. Verdis*
    MICHELLE C. VERDIS
    ATTORNEY FOR DEFENDANT

Approved by:
    *s/ electronically approved 10/28/2024*
    LAURA JOELLEN JOHNSON
    Armstrong Johnson Law, LLC
    ATTORNEY FOR PLAINTIFF

---

[1] The Court will enter a separate judgment pursuant to the Federal Rules of Civil Procedure, Rule 58.