IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

EMMANUEL ANGELO JACOB REYES,

    Plaintiff,

vs.                              CIV NO. 1:24-cv-00622-KG-GJF

MARTIN O'MALLEY,
Commissioner of Social
Security,
    Defendant.

## JUDGMENT

Having granted Defendant's Unopposed Motion for Remand to Agency in an Order entered on October 29, 2024 (ECF No. 16),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of Plaintiff.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE